IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 09-174 (GMS) |
| | ) |
| MATRIX LABORATORIES INC., MATRIX LABORATORIES LTD. and MYLAN INC., | ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Abbott Laboratories ("Abbott") files this Notice of Voluntary Dismissal Without Prejudice of its claims in this action against Matrix Laboratories Inc., Matrix Laboratories Ltd., and Mylan Inc. (collectively, "Defendants") for infringement of U.S. Patent No. 7,148,359 B2 ("the '359 patent") and U.S. Patent No. 7,364,752 B1 ("the '752 patent").

Abbott brought this action against Defendants pursuant to 35 U.S.C. § 271(e)(2) within 45 days of receiving notice that Defendants filed an Abbreviated New Drug Application ("ANDA") for a generic version of Abbott's Kaletra® tablets. Defendants' ANDA contained a Paragraph IV certification with respect to the '359 and '752 patents. Abbott filed a similar action against Defendants for infringement of the '359 and '752 patents in the Northern District of Illinois. Defendants have agreed to waive any objections they might have to personal jurisdiction in the Northern District of Illinois in connection with any claims arising out of the filing of ANDA No. 91-202, which is the basis for Abbott's allegations of infringement of the '359 patent and the '752 patent. In light of Defendants' agreement with Abbott to waive any objections to personal jurisdiction and proceed with the litigation in the Northern District of Illinois, Abbott agreed to dismiss this action so that its claims for infringement of the '359 patent

and the '752 patent can be addressed in the Northern District of Illinois. This agreement has been incorporated into an Order issued by the Court in the Northern District of Illinois.

In accordance with the agreement between the parties resolving jurisdictional issues in the Northern District of Illinois, Abbott voluntarily dismisses without prejudice its claims against Defendants in this action in the United States District Court for the District of Delaware, C.A. No. 09-174 (GMS). Because none of the individually named Defendants has served an answer or a motion for summary judgment in this action, this Court is not required to enter an order dismissing this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

Mary B. Grahm (#2256)
Karen Jacobs Louden (#2881)
James W. Parrett, Jr. (#4292)
Darlene Ghavimi (#5173)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
klouden@mnat.com
   *Attorneys for Abbott Laboratories*

OF COUNSEL:

Gerald F. Ivey
Barbara R. Rudolph
Rebecca D. Hess
FINNEGAN, HENDERSON, FARABOW
  GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC  20001-4413
(202) 408-4000

April 22, 2009

2858190

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2009, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS JAMES LLP

I also certify that copies were caused to be served on April 22, 2009 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**

> Mary B. Matterer (#2696)
> 500 Delaware Avenue, Suite 1500
> PO Box 2306
> Wilmington, DE  19899-2306
>
> Thomas B. Quinn
> Douglass C. Hochstetler
> SCHIFF HARDIN LLP
> 6600 Sears Tower
> 233 South Wacker Drive
> Chicago, IL 60606

*/s/ James W. Parrett, Jr.*
James W. Parrett, Jr. (#4292)